UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-06164-SSC                                  Date: October 16, 2025

Title   Scottsdale Insurance Company v. Salute California Medical Transportation, Inc., et al.

Present: The Honorable Stephanie S. Christensen, U.S. Magistrate Judge

| Teagan Snyder | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| None Present | None Present |

**Proceedings:**   (IN CHAMBERS) **Order to Show Cause Why Defendant Xiu Ying Wang Should Not Be Dismissed for Failure to Serve**

   This lawsuit was filed on July 8, 2025.  (ECF 1.)  To date, no proof of service has been filed for Defendant Xiu Ying Wang.

   Pursuant to Rule 4 of the Federal Rules of Civil Procedure, a defendant must be served with the summons and complaint no later than 90 days after the complaint is filed.  Fed. R. Civ. P. 4(m).  Absent a showing of good cause, if a defendant is not timely served, "the court . . . must dismiss the action without prejudice against that defendant or order that service be made within a specified time."  *Id*.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.  2:25-cv-06164-SSC          Date: October 16, 2025

Title    Scottsdale Insurance Company v. Salute California Medical Transportation, Inc., et al.

    As the service deadline has passed, Plaintiff is ORDERED TO SHOW CAUSE, in writing, no later than **October 30, 2025,** why this defendant should not be dismissed for Plaintiff's failure to serve the summons and complaint as required by Rule 4.

    If Plaintiff files a proof of service no later than **October 30, 2025**, this order to show cause will be discharged automatically, and Plaintiff need not respond to it separately.

    **Plaintiff is cautioned that failure to file a response to this OSC may result in dismissal of this defendant for failure to prosecute and/or comply with a court order.**

**IT IS SO ORDERED.**

:

Initials of Preparer    **ts**